**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

MAURICIO GONZALEZ and
JONNA GONZALEZ,

       Plaintiffs,

      v.

ZIMMER BIOMET HOLDINGS, INC. d/b/a
ZIMMER BIOMET; ZIMMER US, INC.;
ZIMMER ORTHOBIOLOGICS, INC.;
RESOURCE OPTIMIZATION &
INNOVATION, LLC; HEALTHTRUST
PURCHASING GROUP, LP; MERCY
HOSPITAL FORT SMITH d/b/a MERCY
ORTHOPEDIC HOSPITAL FORT SMITH;
TECSYS U.S., INC.; NATHAN LOTT; and
JOHN DOES 1 – 10,

       Defendants.

Case No. 2:25-cv-02154-TLB

**PLAINTIFFS' MOTION TO DISMISS DEFENDANTS RESOURCE OPTIMIZATION &**
**INNOVATION, LLC; HEALTHTRUST PURCHASING GROUP, LP; AND TECSYS, U.S.,**
**INC. WITHOUT PREJUDICE**

COMES NOW, the Plaintiffs, by and through their attorneys of record, for their Motion to

Dismiss Defendants Resource Optimization & Innovation, LLC, Healthtrust Purchasing Group, LP,

and Tecsys U.S., Inc., without prejudice states and alleges as follows:

    1.     Plaintiffs bring this motion pursuant to Fed. R. Civ. P. 41(a)(2).

    2.     Plaintiffs respectfully request this Court enter an Order Dismissing Defendants Resource

Optimization & Innovation, LLC, Healthtrust Purchasing Group, LP, and Tecsys U.S., Inc., without

prejudice.

    3.     Plaintiffs state no Defendant has pled a counterclaim.

WHEREFORE, Plaintiffs, respectfully request this Court grant their Motion to Dismiss Defendants Resource Optimization & Innovation, LLC, Healthtrust Purchasing Group, LP, and Tecsys U.S., Inc., without prejudice.

Respectfully submitted,

Mauricio Gonzalez and Jonna Gonzalez,
Plaintiffs,

/s/ *Spencer Vereen*
Spencer Vereen, ABA #2020236
Bill D. Reynolds, ABA #92021
CADDELL REYNOLDS, P.A.
P.O. Box 184
Fort Smith, AR 72902
Tel: 479.782.5297
Fax: 479.782.5184
breynolds@caddellreynolds.com
svereen@caddellreynolds.com
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on May 18, 2026, a true and correct copy of the above and foregoing document was filed with the Clerk of the Court using CM/ECF, the Court's electronic filing system, which shall send notification of such filing to the following attorneys, and also to certify that a copy was sent by email to the following:

*Counsel for Mercy Hospital Fort Smith and Nathan Lott*

Kirkman T. Dougherty (kdougherty@hardinlaw.com)
Kynda Almefty (kalmefty@hardinlaw.com)
Jeffrey W. Hatfield (jhatfield@hardinlaw.com)
HARDIN, JESSON & TERRY, PLC
Arvest Bank Building, Suite 500
5000 Rogers Avenue
Fort Smith, AR  72903

*Counsel for Zimmer Biomet Holdings, Inc., Zimmer US, Inc., and Zimmer Orthobiologics, Inc.*

Graham Talley (gtalley@mwlaw.com)
Mitchell Williams Selig, Gates, & Woodyard, PLLC
425 W. Capitol Ave., Ste. 1800
Little Rock, AR  72201

Eldin Hasic (eldin.hasic@faegredrinker.com
BlakeT. Lehr (blake.lehr@faegredrinker.com)
Faegre Drinker Biddle & Reath, LLP
110 W. Berry Street
Fort Wayne, IN

*Counsel for Tecsys U.S., Inc.*

M. Evan Stallings (estallings@barberlawfirm.com)
Barber Munson
307 South Main Street, Ste. 302
Bentonville, AR  72712

/s/ *Spencer Vereen*
Spencer Vereen